| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>James J. Squires, Sr.<br><br>                Debtor(s) |



Order Filed on January 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-10311 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.